1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN, SBN 191155
2 |    E-Mail: sween@lbbslaw.com
HILARY DINKELSPIEL, SBN 258855
3 |    E-Mail: dinkelspiel@lbbslaw.com
One Sansome Street, Suite 1400
4 | San Francisco, California 94104
Telephone: 415.362.2580
5 | Facsimile: 415.434.0882

6 | Attorneys for Defendants
INTEGRAL CONSULTING, INC.,
7 | EDWARD P. CONTI, and
MATTHEW HILLYARD

8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11 |

12 | AMEC Environment & Infrastructure, Inc.,

13 |                Plaintiff,

14 |        vs.

15 | Integral Consulting, Inc., Edward P. Conti, an
individual, Matthew Hillyard, an individual.,
16 |
                Defendants.
17 |

| CASE NO. CV 12 1735 SC |
|---|
| **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT EDWARD P. CONTI** |

| Action Filed: | April 6, 2012 |
|---|---|
| Initial CMC: | August 31, 2012 |
| Trial Date: | None Set |

18 |        Notice is hereby given that, subject to approval by the court, Defendant EDWARD P.

19 | CONTI substitutes Cathy Arias, Burnham Brown, State Bar No. 141989, as counsel of record in

20 | place of Lisa Barnett Sween, Lewis Brisbois Bisgaard & Smith LLP.

21 |        Contact information for new counsel is as follows:

22 | Cathy Arias, Esq.
        Email: carias@burnhambrown.com
23 | Brendan Brownfield, Esq.
        Email: bbrownfield@burnhambrown.com
24 | Burnham Brown
1901 Harrison Street
25 | Oakland, CA 94612
Telephone: 510-444-6800
26 | Facsimile: 510-835-6666

27 | / / /

28 | / / /

LEWIS
BRISBOIS

1 | I consent to the above substitution.

2

3 | Date: September 27, 2012
_____
Edward P. Conti

4

5

6 | I consent to being substituted.

7

8 | Date: ~~September~~ October 1, 2012
_____
Lisa Barnett Sween

9

10 | I consent to the above substitution.

11

12 | Date: September 26 2012
_____
Cathy Arias

13

14

15 | The substitution of attorney is hereby approved and so ORDERED.

16 | October 3, 2012

17 | Date: ~~September ___, 2012~~
_____
Judge

IT IS SO ORDERED
Judge Samuel Conti

18

19

20

21

22

23

24

25

26

27

28