**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN, SBN 191155
  E-Mail: sween@lbbslaw.com
HILARY DINKELSPIEL, SBN 258855
  E-Mail: dinkelspiel@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
INTEGRAL CONSULTING, INC.,
EDWARD P. CONTI, and
MATTHEW HILLYARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC Environment & Infrastructure, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual., <br><br> Defendants. | CASE NO. CV 12 1735 SC <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT EDWARD P. CONTI** <br><br> Action Filed: April 6, 2012 <br> Initial CMC: August 31, 2012 <br> Trial Date: None Set |

Notice is hereby given that, subject to approval by the court, Defendant EDWARD P. CONTI substitutes Cathy Arias, Burnham Brown, State Bar No. 141989, as counsel of record in place of Lisa Barnett Sween, Lewis Brisbois Bisgaard & Smith LLP.

Contact information for new counsel is as follows:

Cathy Arias, Esq.
  Email: carias@burnhambrown.com
Brendan Brownfield, Esq.
  Email: bbrownfield@burnhambrown.com
Burnham Brown
1901 Harrison Street
Oakland, CA 94612
Telephone: 510-444-6800
Facsimile: 510-835-6666

///

///

1 | I consent to the above substitution.

3 | Date: September 27, 2012

_____
Edward P. Conti

6 | I consent to being substituted.

8 | Date: ~~September~~ October 1, 2012

_____
Lisa Barnett Sween

10 | I consent to the above substitution.

12 | Date: September 26, 2012

_____
Cathy Arias

15 | The substitution of attorney is hereby approved and so ORDERED.

16 | October 3, 2012
17 | Date: ~~September ___, 2012~~

_____
Judge

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---