1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    LISA BARNETT SWEEN, SBN 191155
2 |    E-Mail: sween@lbbslaw.com
    HILARY DINKELSPIEL, SBN 258855
3 |    E-Mail: dinkelspiel@lbbslaw.com
    One Sansome Street, Suite 1400
4 | San Francisco, California 94104
    Telephone: 415.362.2580
5 | Facsimile: 415.434.0882

6 | Attorneys for Defendants
    INTEGRAL CONSULTING, INC.,
7 | EDWARD P. CONTI, and
    MATTHEW HILLYARD

8 |

9 |                 UNITED STATES DISTRICT COURT

10 |        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11 |

| | |
|---|---|
| AMEC Environment & Infrastructure, Inc., | CASE NO. CV 12 1735 SC |
| Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT MATTHEW HILLYARD** |
| vs. | |
| Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual., | Action Filed:   April 6, 2012<br>Initial CMC:    August 31, 2012<br>Trial Date:     None Set |
| Defendants. | |

18 |    Notice is hereby given that, subject to approval by the court, Defendant MATTHEW
19 | HILLYARD substitutes Cathy Arias, Burnham Brown, State Bar No. 141989, as counsel of record
20 | in place of Lisa Barnett Sween, Lewis Brisbois Bisgaard & Smith LLP.
21 |    Contact information for new counsel is as follows:
22 |    Cathy Arias, Esq.
             Email: carias@burnhambrown.com
23 |    Brendan Brownfield, Esq.
             Email: bbrownfield@burnhambrown.com
24 |    Burnham Brown
       1901 Harrison Street
25 |    Oakland, CA 94612
       Telephone: 510-444-6800
26 |    Facsimile: 510-835-6666

27 | ///
28 | ///

1 | I consent to the above substitution.

2

3 | Date: September 27, 2012

Matthew Hillyard

6 | I consent to being substituted.

8 | Date: ~~September~~ October 1, 2012

Lisa Barnett Sween

10

11 | I consent to the above substitution.

12

13 | Date: September 26, 2012

Cathy Arias

15 | The substitution of attorney is hereby approved and so ORDERED.

16 | October 3, 2012

17 | Date: ~~September ___, 2012~~

Judge ~~Samuel Conti~~

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA