LEWIS BRISBOIS BISGAARD & SMITH LLP
LISA BARNETT SWEEN, SBN 191155
 E-Mail: sween@lbbslaw.com
HILARY DINKELSPIEL, SBN 258855
 E-Mail: dinkelspiel@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
INTEGRAL CONSULTING, INC.,
EDWARD P. CONTI, and
MATTHEW HILLYARD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC Environment & Infrastructure, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual., <br><br> Defendants. | CASE NO. CV 12 1735 SC <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT MATTHEW HILLYARD** <br><br> Action Filed:  April 6, 2012 <br> Initial CMC:   August 31, 2012 <br> Trial Date:    None Set |

Notice is hereby given that, subject to approval by the court, Defendant MATTHEW HILLYARD substitutes Cathy Arias, Burnham Brown, State Bar No. 141989, as counsel of record in place of Lisa Barnett Sween, Lewis Brisbois Bisgaard & Smith LLP.

Contact information for new counsel is as follows:

Cathy Arias, Esq.
 Email: carias@burnhambrown.com
Brendan Brownfield, Esq.
 Email: bbrownfield@burnhambrown.com
Burnham Brown
1901 Harrison Street
Oakland, CA 94612
Telephone: 510-444-6800
Facsimile: 510-835-6666

///

///

4819-3589-6593.1                                                                                                    CV 12 1735 SC
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT MATTHEW HILLYARD

1  I consent to the above substitution.

2

3  Date: September 27, 2012

_____
Matthew Hillyard

4

5

6  I consent to being substituted.

7

8  Date: ~~September~~ October 1, 2012

_____
Lisa Barnett Sween

9

10

11  I consent to the above substitution.

12

13  Date: September 26, 2012

_____
Cathy Arias

14

15  The substitution of attorney is hereby approved and so ORDERED.

16     October 3, 2012

17  Date: ~~September ___, 2012~~

Judge ~~Samuel Conti~~

IT IS SO ORDERED
Judge Samuel Conti

18

19

20

21

22

23

24

25

26

27

28