| | |
|---|---|
| 1 | Matthew F. Miller, No. 172661 |
| 2 | Aengus H. Carr, No. 240953<br>**CARROLL, BURDICK & McDONOUGH** LLP |
| 3 | Attorneys at Law<br>44 Montgomery Street, Suite 400 |
| 4 | San Francisco, CA  94104<br>Telephone:      415.989.5900 |
| 5 | Facsimile:       415.989.0932<br>Email:             mmiller@cbmlaw.com |
| 6 |                           acarr@cbmlaw.com |
| 7 | Attorneys for Plaintiff<br>AMEC Environment & Infrastructure, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC Environment & Infrastructure, Inc.<br><br>            Plaintiff,<br><br>       v.<br><br>Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual.<br><br>            Defendants. | No. CV 12-01735 SC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE<br><br>IT IS SO ORDERED AS MODIFIED |

CBM-SF\SF586536

[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND MEDIATION DEADLINE          Case No. 12 cV-1735 SC
4834-7431-6050.1

Case3:12-cv-01735-SC   Document32   Filed05/07/13   Page2 of 2

For good cause shown, the Parties' Joint Motion to Extend the Mediation Deadline is GRANTED. The status conference set for July 26, 2013 is continued to September ~~6~~ 13, 2013. The parties are to have completed mediation by the date of the status conference.

Dated: 05/07/2013



_____ JUDGE

CBM-SF\SF586536

-1-

[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND MEDIATION DEADLINE        Case No. 12 cV-1735 SC