1  Matthew F. Miller, No. 172661
   Aengus H. Carr, No. 240953
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:      415.989.5900
   Facsimile:      415.989.0932
5  Email:          mmiller@cbmlaw.com
                   acarr@cbmlaw.com
6
   Attorneys for Plaintiff
7  AMEC Environment & Infrastructure, Inc.

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | AMEC Environment & Infrastructure, Inc. | No. CV 12-01735 SC |
   |---|---|
12 | Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE** |
13 | v. | |
14 | Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual. | **IT IS SO ORDERED AS MODIFIED** |
15 | | |
16 | Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

CBM-SF\SF586536

**[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND MEDIATION DEADLINE**         Case No. 12 cV-1735 SC
4834-7431-6050.1

1   For good cause shown, the Parties' Joint Motion to Extend the Mediation Deadline is
2   GRANTED.  The status conference set for July 26, 2013 is continued to September ~~6~~ 13, 2013.  The
3   parties are to have completed mediation by the date of the status conference.

4
5   Dated: 05/07/2013
        _____
                          UNITED STATES DISTRICT JUDGE

        *[Signature: Samuel Conti, Judge Samuel Conti, United States District Court, Northern District of California]*