1  Matthew F. Miller, No. 172661
   Aengus H. Carr, No. 240953
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  Telephone:    415.989.5900
   Facsimile:    415.989.0932
5  Email:        mmiller@cbmlaw.com
                 acarr@cbmlaw.com
6
7  Attorneys for Plaintiff
   AMEC Environment & Infrastructure, Inc.

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| AMEC Environment & Infrastructure, Inc. | No. CV 12-01735 SC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE** |
| v. | |
| Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual. | |
| Defendants. | |

CBM-SF\SF586536

**[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND MEDIATION DEADLINE**          Case No. 12 cV-1735 SC
4834-7431-6050.1

1  For good cause shown, the Parties' Joint Motion to Extend the Mediation Deadline is
2  GRANTED.  The status conference set for September 13, 2013 is continued to October 25, 2013.
3  The parties are to have completed mediation by the date of the status conference.

Dated: 08/05/2013



_____
UNITED STATES DISTRICT JUDGE

CBM-SF\SF586536

-1-

[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND MEDIATION DEADLINE     Case No. 12 cV-1735 SC