1  Matthew F. Miller, No. 172661
   Aengus H. Carr, No. 240953
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:     415.989.5900
   Facsimile:      415.989.0932
5  Email:            mmiller@cbmlaw.com
                    acarr@cbmlaw.com
6
   Attorneys for Plaintiff
7  AMEC Environment & Infrastructure, Inc.

8                          UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | AMEC Environment & Infrastructure, Inc. | No. CV 12-01735 SC |

12 | Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE** |

13 | v. | |

14 | Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual. | |

16 | Defendants. | |

CBM-SF\SF586536

**[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND MEDIATION DEADLINE**    Case No. 12 cV-1735 SC
4834-7431-6050.1

For good cause shown, the Parties' Joint Motion to Extend the Mediation Deadline is GRANTED. The status conference set for September 13, 2013 is continued to October 25, 2013. The parties are to have completed mediation by the date of the status conference.

Dated: 08/05/2013



UNITED STATES DISTRICT JUDGE

CBM-SF\SF586536

-1-

[PROPOSED] ORDER GRANTING JOINT MOT. TO EXTEND MEDIATION DEADLINE        Case No. 12 cV-1735 SC