1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12   AMEC Environment & Infrastructure,          Case No. 12-cv-01735 SC (NC)
     Inc.,
13                                               **ORDER DENYING REQUEST TO**
                          Plaintiff,             **CONTINUE DISCOVERY HEARING**
14
            v.
15
     Integral Consulting, Inc., Edward P.
16   Conti, an individual, Matthew
     Hillyard, an individual,
17
                          Defendants.
18

19          On September 17, 2013, Integral filed a notice of unavailability for the discovery

20   hearing set for September 25, 2013.  Dkt. No. 42.  Although Integral did not move the

21   Court to continue the hearing, the Court treats Integral's notice as a request to do so.  In its

22   letter filed September 19, 2013, AMEC requested that Integral be available at the hearing

23   or in the alternative, not oppose the requested extension to the mediation deadline.  Dkt.

24   No. 44.  Integral's request to continue the hearing is DENIED, as it lacks good cause.  If

25   Integral wishes to modify the schedule, counsel should file a stipulation proposing

26   alternative dates, or a motion supported by good cause and demonstrating that counsel

27   have met and conferred on the scheduling issue.

28

CASE NO. 12-CV-01735 SC (NC)

1

2          IT IS SO ORDERED

3          Dated:  September 20, 2013

4

5          _____

6          HONORABLE NATHANAEL COUSINS
           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28