UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC Environment & Infrastructure, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual,<br><br>Defendants. | Case No. 12-cv-01735 SC (NC)<br><br>**ORDER DENYING REQUEST TO CONTINUE DISCOVERY HEARING** |

On September 17, 2013, Integral filed a notice of unavailability for the discovery hearing set for September 25, 2013. Dkt. No. 42. Although Integral did not move the Court to continue the hearing, the Court treats Integral's notice as a request to do so. In its letter filed September 19, 2013, AMEC requested that Integral be available at the hearing or in the alternative, not oppose the requested extension to the mediation deadline. Dkt. No. 44. Integral's request to continue the hearing is DENIED, as it lacks good cause. If Integral wishes to modify the schedule, counsel should file a stipulation proposing alternative dates, or a motion supported by good cause and demonstrating that counsel have met and conferred on the scheduling issue.

CASE NO. 12-CV-01735 SC (NC)

1
2   IT IS SO ORDERED
3   Dated: September 20, 2013
4
5                                           _____
6                                           HONORABLE NATHANAEL COUSINS
                                            UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CBM-SF\SF602748                    -1-

**[PROPOSED] ORDER GRANTING AMEC'S REQUEST FOR DISCOVERY**