Matthew F. Miller, No. 172661
Robert J. Nolan, No. 235738
Aengus H. Carr, No. 240953
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:        mmiller@cbmlaw.com
              rnolan@cbmlaw.com
              acarr@cbmlaw.com

Attorneys for Plaintiff
AMEC Environment & Infrastructure, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC Environment & Infrastructure, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Integral Consulting, Inc., Edward P. Conti, an individual, Matthew Hillyard, an individual,<br><br>　　　　　Defendants. | No. CV 12-01735 SC (NC)<br><br>[~~Proposed~~] **ORDER GRANTING AMEC'S ADMINISTRATIVE MOTION TO EXTEND MEDIATION DEADLINE** |

1    On September 16, 2013, Plaintiff AMEC Environment & Infrastructure ("AMEC")
2    filed an Administrative Motion to Extend the Mediation Deadline, which Defendant
3    Integral Consulting, Inc. ("Integral") opposed.  Having considered the briefing of the
4    parties and for good cause shown, IT IS HEREBY ORDERED that the Motion is
5    GRANTED.  The deadline for mediation of this matter is hereby extended to
6    January 31, 2014, and the status conference currently set for October 25, 2013 is
7    continued to  02/07/2014 at 10:00 a.m.                           .
8        IT IS SO ORDERED.
9            Dated:   09/23/2013



_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

CBM-SF\SF603034                                -1-

[PROPOSED] ORDER GRANTING AMEC'S MOT. TO EXTEND MEDIATION DEADLINE        NO. CV 12-01735 SC