Matthew F. Miller, Bar No. 172661
  mmiller@cbmlaw.com
Robert J. Nolan, Bar No. 235738
  rnolan@cbmlaw.com
Aengus H. Carr, Bar No. 240953
  acarr@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932

Attorneys for Plaintiff AMEC Environment &
Infrastructure, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRAL CONSULTING, INC., EDWARD P. CONTI, an individual, MATTHEW HILLYARD, an individual, <br><br> Defendants. | Case No. CV 12-01735 SC (SC) <br><br> [PROPOSED] AMENDED MINUTE ORDER RE: APRIL 2, 2014 DISCOVERY HEARING <br><br> Judge: Hon. Hon. Nathanael M. Cousins <br> Date:   April 2, 2014 <br> Time:   1:00 p.m. |

Court orders the parties to resolve the issues raised in the letter brief in accordance with Integral's proposed compromise, Dkt. No. 74 at 6.  AMEC, within 14 days of this order, must specify the documents it seeks from the Bamboo thumbdrive, the Kingston thumbdrive, and the thumbdrive called "Integral Consulting, Inc." with the scratched letter E.  The parties must meet and confer, within 14 days of this order, to agree upon the documents to be produced from the Averill 8 GB flash drive and 500 External Hard Drive.  Integral must produce documents identified by the parties and identified in Integral's proposed compromise within 21 days of this

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF622609-1

Case No. CV 12-01735 SC (SC)

AMENDED MINUTE ORDER RE: APRIL 2, 2014 DISCOVERY HEARING

1  order. The parties must submit a joint update to the Court on the status and resolution of this
2  dispute within 28 days of this order.
3       SO ORDERED.
4  DATED: ___April 7___, 2014

                                        _____
                                        Magistrate Judge Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins