1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC ENV'T & INFRASTRUCTURE, INC., | Case No. 12-cv-01735 SC (NC) |
| Plaintiff, | **ORDER TO FILE DOCUMENT** |
| v. | Re: Dkt. Nos. 83, 84 |
| INTEGRAL CONSULTING, INC., and others, | |
| Defendants. | |

To assist the Court's preparation for the discovery hearing to be held on April 30, 2014, the Court orders AMEC to file an electronic copy of the spreadsheet referenced in its letter brief at docket entry 84.

IT IS SO ORDERED.

Date:  April 28, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge