# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC ENV'T & INFRASTRUCTURE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRAL CONSULTING, INC., and others,<br><br>Defendants. | Case No. 12-cv-01735 SC (NC)<br><br>**ORDER ON DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 109 |

The parties submitted a joint letter brief in which they dispute whether it is appropriate for Integral to depose the president of AMEC, Tom Logan. Dkt. No. 109. The Court held a hearing on July 30, 2014, and ruled that the burden of deposing Logan greatly outweighs the purported benefit to Integral. Integral has not demonstrated that Logan has unique knowledge of the facts of the case, or that Integral cannot obtain the information it seeks by less burdensome means. The Court therefore grants AMEC's request for a protective order barring the deposition of Tom Logan, pending further Court order. The Court denies AMEC's request for sanctions, because although the Court does not rule in its favor, Integral had a reasonable and good faith basis for requesting the deposition.

1 | Any party may object to this order within fourteen days.  Fed. R. Civ. P. 72(a).

2 | IT IS SO ORDERED.

3 | Date:  July 30, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-01735 SC (NC)
ORDER ON DISCOVERY LETTER BRIEF          2