# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC ENV'T & INFRASTRUCTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRAL CONSULTING, INC., and others, <br><br> Defendants. | Case No. 12-cv-01735 SC (NC) <br><br> ORDER REQUESTING ADDITIONAL MATERIALS AND SETTING HEARING ON DISCOVERY DISPUTE IN DKT. NO. 192 |

The parties present a discovery dispute arising from AMEC's responses to Edward Conti's interrogatories 8-10 and 5-6.  By December 17 each party to this dispute must file its portion of the underlying discovery materials (interrogatory requests and responses) and a proposed order.  The Court will hear the motion on December 22, 2014, at 9:30 a.m. in courtroom A, San Francisco.

IT IS SO ORDERED.

Date: December 15, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-01735 SC (NC)
ORDER SETTING HEARING