Matthew F. Miller, Bar No. 172661
  mmiller@cbmlaw.com
Robert J. Nolan, Bar No. 235738
  rnolan@cbmlaw.com
Wallace E. Smith, Bar No. 112091
  wallaces@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932

Attorneys for Plaintiff AMEC Environment & Infrastructure, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRAL CONSULTING, INC., EDWARD P. CONTI, an individual, MATTHEW HILLYARD, an individual, and DAVID AVERILL, an individual,<br><br>Defendants. | Case No. CV 12-01735 SC (NC)<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE TO FINALIZE SETTLEMENT AGREEMENT** |

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4827-5608-0673.1CBM-SF\SF658697-1   Case No. CV 12-01735 SC (NC)
NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE

WHEREAS, on May 6, 2015, the parties agreed to a settlement of this case and a related coverage case pending in the United States District Court for the Western District of Washington;

WHEREAS, the parties are in the process of finalizing a formal settlement agreement, which they expect to be completed within two weeks;

WHEREAS, discovery presently closes on May 29, 2015, and the Court recently ordered AMEC to produce additional documents by May 27, 2015;

WHEREAS, the dispositive motion hearing deadline is presently set for June 26, 2015 requiring such motion to be filed by May 22, 2015.

WHEREAS, to finalize the settlement agreement, the parties have agreed to a mutual stay of all discovery and litigation in this action, and have agreed to continue all document productions and depositions to June 2015;

WHEREAS, the parties have agreed to a 30-day continuance of the discovery deadline and a continuance of the dispositive motion hearing deadline to July 31, 2015 to allow the parties to finalize the terms of the settlement agreement;

WHEREAS, in the event the parties are not able to finalize the formal settlement agreement within two weeks, the parties reserve the right to seek further continuances from the Court of discovery and other scheduled dates if the circumstances require it for good cause.

WHEREAS the parties request that the Court enter an order allowing for a 30-day continuance for the close of discovery to allow the parties to finalize the settlement agreement such that all discovery will close on June 29, 2015;

WHEREAS, the parties request that the dispositive motion hearing deadline presently set for June 26, 2015, be vacated and re-set for July 31, 2015, in accordance with the continuance of the discovery cutoff.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record as follows:

The parties stipulate to continue the close of discovery in this case to June 29, 2015 and

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4827-5608-0673.1CBM-SF\SF658697-1 -2- Case No. CV 12-01735 SC (NC)
NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE

that the dispositive motion hearing deadline presently set for June 26, 2015, be vacated and re-set for July 31, 2015.

IT IS SO STIPULATED.

Dated: May 21, 2015.   CARROLL, BURDICK & McDONOUGH LLP

By  */s/Robert J. Nolan*
Robert J. Nolan
Attorneys for Plaintiff AMEC Environment & Infrastructure, Inc.

Dated: May 21, 2015.   LEWIS, BRISBOIS, BISGAARD & SMITH LLP

By  */s/Leo Bautista*
Leo Bautista
Attorneys for Defendant Integral Consulting, Inc.

Dated: May 21, 2015.   BURNHAM BROWN

By  */s/Brendan Brownfield*
Brendan Brownfield
Attorneys for Defendants Edward P. Conti and Matthew Hillyard and David Averill

I, Robert Nolan, hereby attest that I have the concurrence of the above counsel in the filing of this document.

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED the close of discovery in this action is continued to June 29, 2015, and that the dispositive motion hearing deadline presently set for June 26, 2015, is vacated and re-set to July 31, 2015 to allow the parties time to finalize the settlement agreement.

IT IS SO ORDERED.

DATED: Lwpg"39. 2015.

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

4827-5608-0673.1CBM-SF\SF658697-1  -3-  Case No. CV 12-01735 SC (NC)
NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE